UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MADELINE AMARAL,**

      **Plaintiff,**

v.                                Case No.  6:21-cv-1474-ACC-EJK

**JOHN BEAN TECHNOLOGIES CORPORATION,**

      **Defendant.**

## ORDER

This cause is before the Court on Motion for Miscellaneous Relief (Doc. 29) filed on October 19, 2022.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Notice of Non-Objection (Doc. 31), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 9, 2022 (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Miscellaneous Relief is hereby GRANTED.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2022.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties